1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eleazar Lumumba Boyd, | No. CV-22-02012-PHX-ROS |
| Petitioner, | **ORDER** |
| v. | |
| Maricopa County Superior Court, et al., | |
| Respondents. | |

On September 14, 2023, Magistrate Judge Deborah M. Fine issued a Report and Recommendation ("R&R") recommending the petition for writ of habeas corpus be denied with prejudice.  (Doc. 19).  Petitioner did not file any objections.  Absent objections, the Court need not review the R&R's conclusions. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.").

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 19) is **ADOPTED**. The petition for writ of habeas corpus is **DENIED AND DISMISSED WITH PREJUDICE**. The Clerk of Court shall enter judgment in favor of Respondents and close this case.

…

…

…

…

1    **IT IS FURTHER ORDERED** a Certificate of Appealability and leave to proceed

2  in forma pauperis on appeal are **DENIED** because dismissal is justified by a plain

3  procedural bar and jurists of reason would not find the procedural ruling debatable and

4  because the petition does not make a substantial showing of the denial of a constitutional

5  right.

6    Dated this 20th day of October, 2023.

7

8

9    Honorable Roslyn O. Silver
    Senior United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28